UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY NELL BUTTS AS INDEPENDENT EXECUTRIX OF THE ESTATE OF JAMES MURRELL BUTTS**<br><br>VS<br><br>**TAKEDA PHARMACEUTICALS U.S.A, INC. AND TAKEDA PHARMACEUTICAL COMPANY LIMITED** | MISC. CASE NO. 17-mc-0130<br><br><br>**JUDGE DOHERTY**<br><br>**MAGISTRATE JUDGE HANNA** |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, JAMES MURRELL BUTTS

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Mary Nell Butts as Independent Executrix and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

    GRANTED and

    The settlement by and between Plaintiff, Mary Nell Butts as Independent Executrix and Derivative Claimant; individually and as legal heir to the Estate of James Murrell Butts, deceased, and Takeda, as notice to the Court on July 25, 2017 be

    APPROVED.

    The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 25th of August, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE